

ATTORNEYS AT LAW
800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Elizabeth K. Devine
212-471-6238
edevine@hinshawlaw.com

November 20, 2013

**VIA ECF**
Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    *Leriche v. GC Services Limited Partnership*
           **(Docket No. 13-CV-5167 (SJF) (WDW))**

Dear Judge Feuerstein:

    We represent Defendant GC Services Limited Partnership ("Defendant") in the above-referenced lawsuit and write on behalf of both parties to advise the Court that the parties have settled the above-referenced matter. In light of the recent settlement, the parties respectfully request that the Court cancel the initial conference scheduled for Monday, February 24, 2014.

    Finally, the parties respectfully request forty-five (45) days to finalize settlement and file a voluntary notice of dismissal.

    We thank the Court for its consideration in this matter.

                          Respectfully submitted,

                          HINSHAW & CULBERTSON LLP

                          By:  *s/Elizabeth K. Devine*
                               Elizabeth K. Devine (ED-0082)

cc:    M. Harvey Rephen, Esq. (Via ECF)