Case 2:13-cv-05167-SJF-WDW   Document 11   Filed 01/21/14   Page 1 of 1 PageID #: 25

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JAN 21 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESSICA LERICHE,

       Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

       Defendant,

1:13 CV 5167 (SJF) (WDW)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff Jessica Leriche and the Defendant, GC Services Limited Partnership, that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   January 16, 2014

By: _____
M. Harvey Rephen (3384)
Attorney's for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
Tel: (212) 796-0930
Fax: (212) 330-7582

_____
Elizabeth K. Devine (ED-0082)
Hinshaw & Culbertson LLP
*Attorneys for Defendant*
 *GC Services Limited Partnership*
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 471-6200

1/21/14

SO ORDERED
s/ Sandra J. Feuerstein
Sandra J. Feuerstein
District Judge